1  MARK W. COLEMAN #117306
   NUTTALL COLEMAN & DRANDELL
2  2333 MERCED STREET
   FRESNO, CALIFORNIA 93721
3  PHONE (559) 233-2900
4  FAX (559) 485-3852
   mcoleman@nuttallcoleman.com
5

6  ATTORNEYS FOR Defendant, FORREST AWBREY

7

8

9                    UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  THE UNITED STATES OF AMERICA,        Case No. 1:18-CR-00053-LJO

13           Plaintiff,

14       v.                              STIPULATION TO CONTINUE
                                         SENTENCING AND ORDER
15  FORREST AWBREY,

16           Defendant.

17

18       TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S

19  OFFICE and/or ITS REPRESENTATIVES:

20       IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective

21  clients that the Sentencing hearing currently on calendar for July 29, 2019, at 8:15 a.m., be

22  continued to August 12, 2019, at 8:30 a.m., or as soon thereafter as is convenient to the court's

23  calendar.

24       IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including

25  the filing informal and formal objections to the Pre-Sentence Investigation Report, be rescheduled

26  in accordance with the new Sentencing date.

27  ///

28  ///

1 | This continuance is requested by counsel for Defendant, FORREST AWBREY, due to the
2 | fact that additional time is needed for Mr. Coleman to meet with Defendant to review the probation
3 | report and prepare informal objections.
4 | Counsel for Defendant has spoken with Assistant U.S. Attorney, DAVID GAPPA, who has
5 | no objection to this continuance.

6 | Dated: July 2, 2019.      Respectfully Submitted,

7 | NUTTALL COLEMAN & DRANDELL

8 | /s/ Mark W. Coleman

9 | MARK W. COLEMAN
Attorney for Defendant,
10 | Forrest Awbrey

11 | Dated: July 2, 2019.      UNITED STATES ATTORNEY'S OFFICE

12 | /s/ David Gappa

13 | DAVID GAPPA
Assistant U.S. Attorney

* * * * * * *

O R D E R

IT IS SO ORDERED.

Dated:  **July 6, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE