| | |
|---|---|
| 1 | MARK W. COLEMAN #117306 |
| 2 | NUTTALL COLEMAN & DRANDELL |
| | 2333 MERCED STREET |
| 3 | FRESNO, CALIFORNIA 93721 |
| | PHONE (559) 233-2900 |
| 4 | FAX (559) 485-3852 |
| | mcoleman@nuttallcoleman.com |
| 5 | |
| 6 | ATTORNEYS FOR Defendant, FORREST AWBREY |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:18-CR-00053-LJO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| FORREST AWBREY, | |
| Defendant. | |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for August 12, 2019, at 8:15 a.m., be continued to October 28, 2019, at 1:00 p.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing of formal objections to the Pre-Sentence Investigation Report, be rescheduled in accordance with the new Sentencing date.

///

///

1    This continuance is requested by counsel for Defendant, FORREST AWBREY, due to the fact that counsel intends on calling two witnesses at the Sentencing Hearing, Dr. Seymour and Dr. Hedberg. Additionally, Counsel for the Unite States intends to call their doctor, Dr. Napolitano. The parties anticipate that the sentencing hearing in this matter will take at least three hours with testimony. October 28, 2019, is a date that has been cleared with all three witnesses and is available for both counsel.

Counsel for Defendant has spoken with Assistant U.S. Attorney, DAVID GAPPA, who has no objection to this continuance.

Dated: July 29, 2019.	Respectfully Submitted,

NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
Forrest Awbrey

Dated: July 29, 2019.	UNITED STATES ATTORNEY'S OFFICE

/s/ David Gappa

DAVID GAPPA
Assistant U.S. Attorney

\* \* \* \* \* \* \*

**O R D E R**

he Sentencing in this matter is continued to October 28, 2019, at 1:00 pm.

The filing of formal objections to the Pre-Sentence Investigation Report is rescheduled in accordance with the new Sentencing date.

IT IS SO ORDERED.

Dated:  **July 29, 2019**	          /s/ Lawrence J. O'Neill
                             UNITED STATES CHIEF DISTRICT JUDGE