MARK W. COLEMAN #117306
NUTTALL COLEMAN & DRANDELL
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant, FORREST AWBREY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FORREST AWBREY,<br><br>Defendant. | Case No. 1:18-CR-00053-LJO<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for October 28, 2019, at 1:00 p.m., be continued to November 18, 2019, at 1:00 p.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing of formal objections to the Pre-Sentence Investigation Report, be rescheduled in accordance with the new Sentencing date.

This continuance is requested by counsel for Defendant, FORREST AWBREY, due to the fact that counsel is scheduled to undergo a medical procedure on Tuesday, October 15, 2019.

Counsel's physician has advised counsel that it will be a week before counsel will be able to return to work, and then counsel will be on modified/part-time duty for an additional one to four weeks. Due to the fact that both parties have witnesses on call for the Sentencing hearing, Counsel would request that the Sentencing be continued to a date where counsel will be back to court full-time. November 18, 2019, is a date that has been cleared with the witnesses that both counsel intend to call and is available for both counsel.

Counsel for Defendant has spoken with Assistant U.S. Attorney, DAVID GAPPA, who has no objection to this continuance.

Dated: October 4, 2019.   Respectfully Submitted,

NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
Forrest Awbrey

Dated: October 4, 2019.   UNITED STATES ATTORNEY'S OFFICE

/s/ David Gappa

DAVID GAPPA
Assistant U.S. Attorney

\* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED that the Sentencing in this matter is continued to November 18, 2019, at 1:00 p.m.

IT IS FURTHER ORDERED that the filing of formal objections to the Pre-Sentence Investigation Report, be rescheduled in accordance with the new Sentencing date.

IT IS SO ORDERED.

Dated: **October 4, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2