MCGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00053-NONE-SKO |
| Plaintiff, | STIPULATION AND ORDER DIRECTING PAYMENT OF RESTITUTUION |
| v. | |
| FORREST AWBREY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, David L. Gappa, and defendant, by and through defendant's counsel of record, Mark Coleman, stipulate as follows:

1. By previous order, this matter was set for a hearing on issues related to restitution on March 13, 2020. The defendant's presence for that hearing was waived.

2. The parties have recently reached an agreement for the defendant to pay restitution in the amount of $3,000 to each of the victims in the following series of images of child sexual abuse. The court will order that the payments be due immediately, and notwithstanding any other provision of the

1

restitution judgment, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

3. The parties have recently reached an agreement for the defendant to pay restitution in the amount of $3,000 to each of the victims in the following series of images of child sexual abuse. The court will order that the payments be due immediately, and notwithstanding any other provision of the restitution order and judgment, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

- Lily  
  Carol Hepburn in trust for Lily  
  Law Office of Carol Hepburn  
  200 First Avenue, Suite 550  
  Seattle, WA 98119

- Blaze 1  
  Erin K. Olson fbo A.B.  
  Law Office of Erin Olson, P.C.  
  2014 Broadway Street  
  Portland, OR 97232

- Blaze 4 / Remy  
  Carol Hepburn in trust for Remy  
  Law Office of Carol Hepburn  
  200 First Avenue, Suite 550  
  Seattle, WA 98119

- Jessica  
  "Marsh Law Firm PLLC in trust for Jessica"  
  Marsh Law Firm PLLC  
  PO Box 4668 #65135  
  New York, NY 10163-4668

- Marineland / Sarah  
  "Carol L. Hepburn in trust for Sarah"  
  Law Office of Carol Hepburn  
  200 First Avenue, Suite 550  
  Seattle, WA 98119

- Pia  
  Deborah Bianco in trust for Pia  
  Law Office of Deborah Bianco  
  14535 Bellevue-Redmond Road, Suite 201  
  Bellevue, Washington 98007

- Ava  
  Deborah Bianco in trust for Ava  
  Law Office of Deborah Bianco  
  14535 Bellevue-Redmond Road, Suite 201

| | | |
|---|---|---|
| • Mia | Bellevue, Washington 98007 Deborah Bianco in trust for Mia Law Office of Deborah Bianco 14535 Bellevue-Redmond Road, Suite 201 Bellevue, Washington 98007 | |
| • Victim 1 | name and information will be provided directly from the U.S. Attorney's Office Victim Witness Unit to the Clerk's Office Financial Department. | |

4. The parties agree that the defendant will notify the Collections Unit, United States Attorney's Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation after the entry of judgement until the restitution is paid in full.

5. The restitution described above shall be paid through the Office of the Clerk of the District Court by bank or cashier's check or money order made payable to the "Clerk, United States District Court." The Clerk's Office will distribute payments to victims through the representative or at the addresses listed above.

Dated: March 10, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

Dated: March 24, 2020

/s/ MARK COLEMAN
MARK COLEMAN
Counsel for Defendant
FORREST AWBREY

3

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>FORREST AWBREY,<br><br>                    Defendant. | 1:18-cr-00053-NONE-SKO<br><br>ORDER ON STIPULATION DIRECTING PAYMENT OF RESTITUTION |

IT IS HEREBY ORDERED THAT the court will prepare an amended judgment that orders restitution in the amount of $3,000.00 to each victim identified in the stipulation filed on March 24, 2020, and as identified below.

- Lily                      Carol Hepburn in trust for Lily
  Law Office of Carol Hepburn
  200 First Avenue, Suite 550
  Seattle, WA 98119

- Blaze 1                Erin K. Olson fbo A.B.
  Law Office of Erin Olson, P.C.
  2015 Broadway Street
  Portland, OR 97232

- Blaze 4 / Remy      Carol Hepburn in trust for Remy
  Law Office of Carol Hepburn
  200 First Avenue, Suite 550
  Seattle, WA 98119

| | | |
|---|---|---|
| • Jessica | | "Marsh Law Firm PLLC in trust for Jessica"<br>Marsh Law Firm PLLC<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| • Marineland / Sarah | | "Carol L. Hepburn in trust for Sarah"<br>Law Office of Carol Hepburn<br>200 First Avenue, Suite 550<br>Seattle, WA  98119 |
| • Pia | | Deborah Bianco in trust for Pia<br>Law Office of Deborah Bianco<br>14535 Bellevue-Redmond Road, Suite 201<br>Bellevue, Washington  98007 |
| • Ava | | Deborah Bianco in trust for Ava<br>Law Office of Deborah Bianco<br>14535 Bellevue-Redmond Road, Suite 201<br>Bellevue, Washington  98007 |
| • Mia | | Deborah Bianco in trust for Mia<br>Law Office of Deborah Bianco<br>14535 Bellevue-Redmond Road, Suite 201<br>Bellevue, Washington  98007 |
| • Victim 1 | | name and information will be provided directly from the U.S. Attorney's Office Victim Witness Unit to the Clerk's Office Financial Department. |

Restitution payments will be due immediately and to be disbursed by the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **March 24, 2020**   　　　　　　　_Dale A. Drozd_　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

5